IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ELVIS MOTA, #53342-054**                                                        **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 5:11-cv-92-DCB-RHW**

**CORRECTIONS CORPORATION OF AMERICA, ET AL.**                   **DEFENDANTS**

ORDER

Before the Court is Plaintiff's *pro se* Motion for Summary Judgment [12] filed on April 5, 2012. This civil action was closed by the Memorandum Opinion [8] and Final Judgment [9] filed on January 27, 2012. Plaintiff is fully aware this case is closed because he attached a copy of the Memorandum Opinion [8] and Final Judgment [9] to a pleading [10] he filed March 15, 2012, entitled "Motion for fast -tracking civil action No. 5:11-cv-92-DCB-RHW." This Motion [10] was denied by an Order entered March 16, 2012. As previously explained to the Plaintiff, a Motion filed in a closed case is "a meaningless, unauthorized motion" with no statutory or legal basis. *See Winding v. King,* No. 09-60574, 2010 WL 1643277, at *1 (5th Cir. Apr. 23, 2010)(citing *United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994)). It is therefore,

ORDERED that Plaintiff's Motion for Summary Judgment [12] filed on April 5, 2012, in this closed civil action is denied.

IT IS FURTHER ORDERED that Plaintiff's Motion [13] for a hearing in conjunction with this summary judgment motion is denied as moot.

THIS the 18th day of April, 2012.

                                                    s/David Bramlette
                                                    UNITED STATES DISTRICT JUDGE